UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN JACKSON | No.  2:14-cv-2456-EFB P |
| Plaintiff, | |
| v. | ORDER |
| JEFFREY A. BEARD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

A civil action, other than one based on diversity jurisdiction, must be brought in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought."  28 U.S.C. § 1391(b).

Upon reviewing the complaint, the court finds that venue is more appropriate over this civil action in the Fresno Division of this court.  Plaintiff's complaint concerns the allegedly unconstitutional conditions of confinement at Pleasant Valley State Prison and/or Avenal State

Prison, where plaintiff was exposed to Coccidioidomycosis or "Valley Fever." Witnesses and the evidence necessary for the resolution of plaintiff's claims would appear to be more readily available within the boundaries of the Fresno Division of this court where the institutions at issue are located. Therefore, in the interest of justice, the court will transfer this action to the Fresno Division of the court. See 28 U.S.C. § 1406(a).

    Accordingly, it is hereby ordered that:

    1. This action is transferred to the Fresno Division.

    2. The Clerk of Court shall assign a new case number.

    3. All future filings shall bear the new case number and shall be filed at:

>   United States District Court
>   Eastern District of California
>   2500 Tulare Street
>   Fresno, CA 93721

DATED: December 22, 2014.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE