# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEARD, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-02043-LJO-DLB PC<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR STATUS<br><br>(Document 12) |

Plaintiff Calvin Jackson ("Plaintiff") is a California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. The First Amended Complaint is awaiting screening.

On May 4, 2015, Plaintiff filed a motion for status of the action. He also requests that the Court issue summonses. Plaintiff is notified that the Court does not provide status updates. So long as Plaintiff keeps the Court informed of his current address, he will receive all orders from the Court.

Plaintiff is also informed that the Court will not issue summonses until it has screened his complaint to determine if it states any cognizable claims for relief. 28 U.S.C. § 1915A(a). Until such time, the Court will not issue summonses and no Defendant will be served.

IT IS SO ORDERED.

　　Dated:　__May 6, 2015__　　　　　　　　　　/s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1